Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@hunton.com
Jason J. Kim (State Bar No. 221476)
kimj@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HURTADO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC.; a corporation, and DOES 1-250, inclusive<br><br>Defendants. | Case No.: C 11-2193-SI<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY AND [~~PROPOSED~~] ORDER THEREON** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that Defendant Lowe's HIW, Inc., hereby requests
3  that the Court approve the substitution as attorneys of record by Phillip J. Eskenazi
4  and Jason J. Kim of Hunton & Williams LLP, whose address is 550 South Hope
5  Street, Suite 2000, Los Angeles, California 90071, telephone number (213) 532-2000
6  and facsimile number (213) 532-2020 in the stead of Amanda Groves of Winston &
7  Strawn LLP, 101 California Street, San Francisco, California 94111.

9      I consent to the above substitution.

11  DATED: June 5, 2011      LOWE'S HIW, INC.

13                   By _____
14                            Jeff Starnes
                          Authorized Representative

16      I consent to the above substitution.

18  DATED: June ___, 2011      WINSTON & STRAWN LLP
                           Amanda Groves (SBN 187216)

20                   By _____
                          Amanda Groves

22      I accept this substitution, and am duly admitted to practice in this district.

24  DATED: June ___, 2011      HUNTON & WILLIAMS LLP
25                            Phillip J. Eskenazi (SBN 158976)
                          Jason J. Kim (SBN 221476)

27                   By _____
                          Phillip J. Eskenazi

*Hunton & Williams LLP*
*550 South Hope Street, Suite 2000*
*Los Angeles, California 90071-2627*

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Lowe's HIW, Inc., hereby requests that the Court approve the substitution as attorneys of record by Phillip J. Eskenazi and Jason J. Kim of Hunton & Williams LLP, whose address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071, telephone number (213) 532-2000 and facsimile number (213) 532-2020 in the stead of Amanda Groves of Winston & Strawn LLP, 101 California Street, San Francisco, California 94111.

I consent to the above substitution.

DATED: June ___, 2011          LOWE'S HIW, INC.


By_____
     Jeff Starnes
     Authorized Representative


I consent to the above substitution.

DATED: June _6_, 2011          WINSTON & STRAWN LLP
                               Amanda Groves (SBN 187216)


By  *Amanda J. Groves* (signature)
     Amanda Groves


I accept this substitution, and am duly admitted to practice in this district.

DATED: June ___, 2011          HUNTON & WILLIAMS LLP
                               Phillip J. Eskenazi (SBN 158976)
                               Jason J. Kim (SBN 221476)


By_____
     Phillip J. Eskenazi

---

1

NOTICE OF SUBSTITUTION OF ATTORNEY

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Lowe's HIW, Inc., hereby requests that the Court approve the substitution as attorneys of record by Phillip J. Eskenazi and Jason J. Kim of Hunton & Williams LLP, whose address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071, telephone number (213) 532-2000 and facsimile number (213) 532-2020 in the stead of Amanda Groves of Winston & Strawn LLP, 101 California Street, San Francisco, California 94111.

I consent to the above substitution.

DATED: June ___, 2011        LOWE'S HIW, INC.


By_____
           Jeff Starnes
       Authorized Representative


I consent to the above substitution.

DATED: June ___, 2011        WINSTON & STRAWN LLP
                             Amanda Groves (SBN 187216)


By_____
           Amanda Groves


I accept this substitution, and am duly admitted to practice in this district.

DATED: June 6, 2011          HUNTON & WILLIAMS LLP
                             Phillip J. Eskenazi (SBN 158976)
                             Jason J. Kim (SBN 221476)


By_____
           Phillip J. Eskenazi

1

NOTICE OF SUBSTITUTION OF ATTORNEY

1  **IT IS SO ORDERED.**

2

3  Dated: 6/20/11  _____

4  Susan Illston
   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

23797.000902 EMF_US 35722027v1

2
NOTICE OF SUBSTITUTION OF ATTORNEY